UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re                                                                    No. C-12-0974 EMC (pr)

MICHANN MEADOWS,
                                                                         **ORDER OF TRANSFER**
       Plaintiff.
_____/

       This action was opened on February 11, 2012, when the Court received from Michann Meadows a letter to Judge Henderson that concerned prison conditions. On that date, the Court notified Ms. Meadows in writing that her action was deficient in that she had not attached a complaint and had not filed an *in forma pauperis* application. The Court further notified her that this action would be dismissed if she did not submit a complaint within thirty days. Ms. Meadows thereafter filed a request for an extension of time to proceed in this case and for appointment of counsel. The Court denied her request for appointment of counsel, and extended the deadline for her to file a complaint until June 29, 2012. Order Denying Counsel and Extending Deadline, p. 2.

       Meadows then filed a letter to the Clerk that she characterized as a civil rights complaint (Docket # 6), a one-page *in forma pauperis* application (Docket # 7), and another motion for appointment of counsel (Docket # 8).

       The letter that Meadows characterized as a complaint complains of events and omissions that occurred at the Valley State Prison for Women and the Central California Women's Facility, both of which are in Chowchilla. Chowchilla is located in Madera County, within the venue of the Eastern District of California. She did not list any defendants, but the potential defendants – *i.e.*, the persons mentioned in the letter – work at those prisons and apparently reside in the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to

the complaint occurred in, the Northern District. Venue therefore would be proper in the Eastern District, and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter.

This Court has not ruled upon, and leaves it to the transferee court to rule upon, the *in forma pauperis* application and the renewed motion for appointment of counsel.

IT IS SO ORDERED.

Dated: July 11, 2012

_____
EDWARD M. CHEN
United States District Judge

2